UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUAN MIGUEL HURTADO SESSAREGO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV414-209 |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security*, | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Eddy Pierre Pierre of the law firm Harry J. Binder & Charles E. Binder, 60 East 42nd Street, Suite 520, New York, New York 10165, for permission to appear pro hac vice on behalf of plaintiff Juan Miguel Hurtado Sessarego, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Eddy Pierre Pierre as counsel of record for plaintiff Juan Miguel Hurtado Sessarego, in this case.

**SO ORDERED** this __25th__ day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA