FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 28 AM 11: 36
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUAN MIGUEL HURTADO
SESSAREGO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social
Security,

    Defendant.

CASE NO. CV414-209

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which objections have been filed (Doc. 14). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DENIED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

In his objections, Plaintiff argues that the Magistrate Judge's comment that some of the treating physician's notes are illegible requires remand and further factual development. (Doc. 14 at 3.) This argument, however, misrepresents both the Magistrate Judge's statement and the record. The Magistrate Judge noted that

many of the findings were "indecipherable, as if written by a child." (Doc. 12 at 14.) It is clear from the context of the Report and Recommendation that the Magistrate Judge was not confused as to what these words meant, but that they made little sense based on their use by the treating physician. Moreover, the record indicates that the Administrative Law Judge ("ALJ") fully understood these notes, at no point describing them as illegible. Rather, the ALJ discounted the treating physician's statement as a mere conclusion and unsupported by the medical evidence contained in the record. (Doc. 8, Tr. at 53-54.) For these reasons, the Court finds Plaintiff's argument to be without merit.

SO ORDERED this 28th day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA