# United States District Court
## *Southern District of Georgia*

Juan Miguel Hurtado Sessarego

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-209

Carolyn W. Colvin
Acting Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 28, 2016, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; denying Sessarego's appeal.

This action stands closed.



March 28, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk